## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEIGH ANN COLEMAN, | ) |
| Plaintiff, | ) Civil Action No.: 3:19-cv-1405 |
| v. | ) Judge: Doughty |
| CONN'S APPLIANCES, INC., | ) Magistrate: Hayes |
| Defendant. | ) |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Leigh Ann Coleman, ("Plaintiff"), through undersigned counsel, informs this Honorable Court that Plaintiff voluntarily dismisses this case, without prejudice. Dismissal is appropriate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) because the defendant has not filed responsive pleadings or a motion for summary judgment.

DATED: December 11, 2019

RESPECTFULLY SUBMITTED,

*/s/ Samuel J. Ford*
Samuel J. Ford, Esq., T.A. #36081
Scott, Vicknair, Hair & Checki, LLC
909 Poydras St., Ste. 1100
New Orleans, LA 70112
ford@svhclaw.com
Phone: (504) 684-5200
Fax: (504) 613-6351
Attorney for Plaintiff